# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149067

JOHN GUZMAN,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS and
COOPER STREET CORRECTIONAL
FACILITY WARDEN,

      Defendants-Appellees.

SC: 149067
COA: 318576

_____

      On order of the Chief Justice, plaintiff-appellant having failed to return a copy of the April 11, 2014 order in acceptance of the terms contained within, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2014



Clerk

jam